# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: HIGHER EDUCATION MANAGEMENT GROUP,  § Case No. 15-28724-JKS
§
§
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   STEVEN P. KARTZMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $125,060.00         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $498,120.30    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $429,860.46

---

   3)  Total gross receipts of $ 927,980.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $927,980.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,100,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 429,860.46 | 429,860.46 | 429,860.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,770,000.00 | 11,265,012.20 | 888,631.20 | 498,120.30 |
| **TOTAL DISBURSEMENTS** | $2,870,000.00 | $11,694,872.66 | $1,318,491.66 | $927,980.76 |

4) This case was originally filed under Chapter 7 on October 03, 2015. The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2021     By: /s/STEVEN P. KARTZMAN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 10,500 SHARES IN ASPEN UNIVERSITY | 1229-000 | 8,271.62 |
| AVOIDABLE TRANSFERS | 1241-000 | 919,690.75 |
| Interest Income | 1270-000 | 18.39 |
| **TOTAL GROSS RECEIPTS** | | **$927,980.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Roland Van Liew | 4110-000 | 1,100,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,100,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEVEN P. KARTZMAN | 2100-000 | N/A | 49,649.04 | 49,649.04 | 49,649.04 |
| Attorney for Trustee Fees (Trustee Firm) - MELLINGER, SANDERS & KARTZMAN, LLC | 3110-000 | N/A | 350,703.00 | 350,703.00 | 350,703.00 |
| Attorney for Trustee Expenses (Trustee Firm) - MELLINGER KARTZMAN, LLC | 3120-000 | N/A | 5,003.03 | 5,003.03 | 5,003.03 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - WITHUM SMITH & BROWN | 3410-000 | N/A | 3,446.50 | 3,446.50 | 3,446.50 |
| Other - WITHUM SMITH & BROWN | 3410-000 | N/A | 6,465.00 | 6,465.00 | 6,465.00 |
| Other - HELLRING LINDEMAN GOLDSTEIN & SIEGAL, LLP. | 3721-000 | N/A | 1,744.58 | 1,744.58 | 1,744.58 |
| Other - WELLS FARGO | 3991-000 | N/A | 3,444.87 | 3,444.87 | 3,444.87 |
| Other - WELLS FARGO | 3992-000 | N/A | 49.00 | 49.00 | 49.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK - | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK - | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK - | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK - | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 269.91 | 269.91 | 269.91 |
| Other - UNITED STATES TREASURY | 2810-000 | N/A | 5,596.00 | 5,596.00 | 5,596.00 |
| Other - STATE OF NEW JERSEY, DIVISION OF TAXATION | 2820-000 | N/A | 1,852.00 | 1,852.00 | 1,852.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 237.53 | 237.53 | 237.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$429,860.46** | **$429,860.46** | **$429,860.46** |

### **EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### **EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Aspen Group, Inc. and Aspen University, Inc. | 7100-000 | N/A | 6,688,631.20 | 888,631.20 | 498,120.30 |
| 2 | Patrick Spada | 7100-000 | N/A | 1,200,000.00 | 0.00 | 0.00 |
| 3 | Hands On Technology Transfer, Inc. | 7200-000 | N/A | 1,688,190.50 | 0.00 | 0.00 |
| 4 | Roland Van Liew | 7200-000 | N/A | 1,688,190.50 | 0.00 | 0.00 |
| NOTFILED | Aspen Group Inc. c/o Steven M. Kaplan, Esq | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Patrick Spada | 7100-000 | 1,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gleason, Kreindel, Schuler & Zablow c/o Joseph J. Oliver, | 7100-000 | 570,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,770,000.00** | **$11,265,012.20** | **$888,631.20** | **$498,120.30** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-28724-JKS  
**Case Name:** HIGHER EDUCATION MANAGEMENT GROUP,

**Trustee:** (500160) STEVEN P. KARTZMAN  
**Filed (f) or Converted (c):** 10/03/15 (f)  
**§341(a) Meeting Date:** 11/12/15  

**Period Ending:** 09/03/21

**Claims Bar Date:** 03/21/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHASE BUSINESS ACCOUNT | 60.00 | 0.00 | | 0.00 | FA |
| 2 | ASPEN UNIVERSITY - CONSULTING FEE | 125,000.00 | 0.00 | | 0.00 | FA |
| 3 | ASPEN UNIVERSITY - LAWSUIT PENDING BUT STAYED AS A RESULT OF FILING - JEFF NORTON | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 10,500 SHARES IN ASPEN UNIVERSITY  (u) | 6,125.00 | 6,125.00 | | 8,271.62 | FA |
| 6 | AVOIDABLE TRANSFERS  (u) | 700,000.00 | 700,000.00 | | 919,690.75 | FA |
| 7 | INTEREST FROM AVOIDABLE TRANSFERS  (u) | Unknown | N/A | | 18.39 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$831,185.00** | **$706,125.00** | | **$927,980.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

PROP #6 - TRUSTEE FILED THREE ADVERSARY PROCEEDINGS TO AVOID LIENS SO AS TO BE ABLE TO RETRIEVE AND LIQUIDATE SHARES. COL 6 VALUE AT $7.00 PER SHARE AFTER REVERSE 12/1 SPLIT.

PROP #6:

ADVERSARY PROCEEDINGS WERE FILED IN EARLY 2018:

18-1004 - AGAINST HOTT AND VANLIEW FOR RECOVERY OF 208,333 SHARES IN ASPEN GROUP, SETTLED FOR 67,708 SHARES

18-1079 - AGAINST MOONEY FOR RECOVERY OF 75,658 SHARES IN ASPEN GROUP, SETTLED FOR 20,269 SHARES

18-1081 - AGAINST N. SPADA FOR RECOVERY OF 86,588 SHARES IN ASPEN GROUP, SETTLED FOR 25,977 SHARES

TRUSTEE SOLD ALL STOCK, AND FILED TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2018    **Current Projected Date Of Final Report (TFR):**    February 17, 2021  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-28724-JKS  
**Case Name:** HIGHER EDUCATION MANAGEMENT GROUP,  
**Taxpayer ID #:** **-***8069  
**Period Ending:** 09/03/21

**Trustee:** STEVEN P. KARTZMAN (500160)  
**Bank Name:** Mechanics Bank  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $48,786,725.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/30/20 | | WELLS FARGO CLEANING SERVICE | STOCK SALES | | | 916,215.23 | | 916,215.23 |
| | {6} | | stock sales | 919,690.75 | 1241-000 | | | 916,215.23 |
| | | WELLS FARGO | payment of fees to Wells Fargo as broker | -3,444.87 | 3991-000 | | | 916,215.23 |
| | | WELLS FARGO | expenses paid to Well Fargo as broker | -49.00 | 3992-000 | | | 916,215.23 |
| | {7} | | interest re: asset #6 | 18.35 | 1270-000 | | | 916,215.23 |
| 02/12/20 | 101 | CLERK - U.S. Bankruptcy Court, District of N.J. | FILING FEE ADV PRO 17-1706 | | 2700-000 | | 350.00 | 915,865.23 |
| 02/12/20 | 102 | CLERK - U.S. Bankruptcy Court, District of N.J. | FILING FEE ADV PRO 18-1004 | | 2700-000 | | 350.00 | 915,515.23 |
| 02/12/20 | 103 | CLERK - U.S. Bankruptcy Court, District of N.J. | FILING FEE ADV PRO 18-1079 | | 2700-000 | | 350.00 | 915,165.23 |
| 02/12/20 | 104 | CLERK - U.S. Bankruptcy Court, District of N.J. | FILING FEE ADV PRO 18-1081 | | 2700-000 | | 350.00 | 914,815.23 |
| 02/23/20 | 105 | HELLRING LINDEMAN GOLDSTEIN & SIEGAL, LLP. | FEE (50%) FOR RICHARD B. HONIG, ESQ. MEDIATOR FOR TRUSTEE | | 3721-000 | | 1,744.58 | 913,070.65 |
| 02/26/20 | 106 | MELLINGER, SANDERS & KARTZMAN, LLC | FEE FOR ATTY TO TRUSTEE PER ORDER DATED 12/23/19 | | 3110-000 | | 219,782.00 | 693,288.65 |
| 02/26/20 | 107 | MELLINGER, SANDERS & KARTZMAN, LLC | EXPENSES FOR ATTY TO TRUSTEE PER ORDER 12/23/19 | | 3120-000 | | 3,013.70 | 690,274.95 |
| 03/03/20 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2020 FOR CASE #15-28724, 2020 Bond Payment - Bond #016026384 | | 2300-000 | | 269.91 | 690,005.04 |
| 03/11/20 | {5} | WELLS FARGO CLEARING | PROCEEDS OF SALE OF FINAL 875 SHARES | | 1229-000 | 8,271.62 | | 698,276.66 |
| 03/20/20 | {7} | WELLS FARGO CLEARING | INTEREST ON PROCEEDS OF 875 SHARES | | 1270-000 | 0.04 | | 698,276.70 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 558.04 | 697,718.66 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 1,115.20 | 696,603.46 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 1,076.30 | 695,527.16 |
| 06/16/20 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | | 2600-000 | | -1,673.24 | 697,200.40 |
| 07/15/20 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | | 2600-000 | | -1,076.30 | 698,276.70 |
| 12/03/20 | 109 | WITHUM SMITH & BROWN | FEE FOR ACCOUNTANT TO TRUSTEE PER ORDER DATED 05/22/20 | | 3410-000 | | 6,465.00 | 691,811.70 |

Subtotals :         $924,486.89         $232,675.19

{} Asset reference(s)                                                                                 Printed: 09/03/2021 01:42 PM    V.20.36

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-28724-JKS | **Trustee:** STEVEN P. KARTZMAN (500160) |
| **Case Name:** HIGHER EDUCATION MANAGEMENT GROUP, | **Bank Name:** Mechanics Bank |
| | **Account:** ******7766 - Checking Account |
| **Taxpayer ID #:** **-***8069 | **Blanket Bond:** $48,786,725.00  (per case limit) |
| **Period Ending:** 09/03/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/20 | 110 | MELLINGER KARTZMAN, LLC | FEE FOR ATTY TO TRUSTEE PER ORDER DATED12/03/20 | 3110-000 | | 35,921.00 | 655,890.70 |
| 12/14/20 | 111 | MELLINGER KARTZMAN, LLC | FEE FOR ATTY TO TRUSTEE PER ORDER DATED12/03/20 | 3110-000 | | 95,000.00 | 560,890.70 |
| 12/14/20 | 112 | MELLINGER KARTZMAN, LLC | EXPENSES FOR ATTY TO TRUSTEE PER ORDER DATED12/03/20 | 3120-000 | | 1,989.33 | 558,901.37 |
| 12/29/20 | 113 | UNITED STATES TREASURY | FORM 1120 - PERIOD ENDING 12/31/20 EIN 06-1688069 | 2810-000 | | 5,596.00 | 553,305.37 |
| 12/29/20 | 114 | STATE OF NEW JERSEY, DIVISION OF TAXATION | FORM CBT-100 PERIOD ENDING 12/31/20; EIN 06-1688069 | 2820-000 | | 1,852.00 | 551,453.37 |
| 02/02/21 | 115 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2021 FOR CASE #15-28724, BOND #016026384 FOR PERIOD 01/01/21 TO 01/01/22 Voided on 02/02/21 | 2300-004 | | 237.53 | 551,215.84 |
| 02/02/21 | 115 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2021 FOR CASE #15-28724, BOND #016026384 FOR PERIOD 01/01/21 TO 01/01/22 Voided: check issued on 02/02/21 | 2300-004 | | -237.53 | 551,453.37 |
| 02/02/21 | 116 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2021 FOR CASE #15-28724, BOND #016026384 FOR PERIOD 01/01/21 TO 01/01/22 | 2300-000 | | 237.53 | 551,215.84 |
| 03/11/21 | 117 | WITHUM SMITH & BROWN | FEE FOR ACCOUNTANT TO TRUSTEE PER ORDER DATED 03/08/21 | 3410-000 | | 3,446.50 | 547,769.34 |
| 06/08/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 547,769.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 924,486.89 | 924,486.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 547,769.34 | |
| | | | **Subtotal** | | 924,486.89 | 376,717.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$924,486.89** | **$376,717.55** | |

{} Asset reference(s)

Printed: 09/03/2021 01:42 PM    V.20.36

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 15-28724-JKS | | Trustee: | STEVEN P. KARTZMAN (500160) |
|---|---|---|---|---|
| Case Name: | HIGHER EDUCATION MANAGEMENT GROUP, | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******3389 - Checking Account |
| Taxpayer ID #: | **-***8069 | | Blanket Bond: | $48,786,725.00 (per case limit) |
| Period Ending: | 09/03/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 547,769.34 | | 547,769.34 |
| 07/09/21 | 10118 | STEVEN P. KARTZMAN | Dividend paid 100.00% on $49,649.04, Trustee Compensation; Reference: per Order dated 07/07/21 | 2100-000 | | 49,649.04 | 498,120.30 |
| 07/09/21 | 10119 | Aspen Group, Inc. and Aspen University, Inc. | Dividend paid 56.05% on $888,631.20; Claim# 1 -2; Filed: $6,688,631.20; Reference: | 7100-000 | | 498,120.30 | 0.00 |
| | | | ACCOUNT TOTALS | | 547,769.34 | 547,769.34 | $0.00 |
| | | | Less: Bank Transfers | | 547,769.34 | 0.00 | |
| | | | Subtotal | | 0.00 | 547,769.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $547,769.34 | |

| | |
|---|---|
| Net Receipts : | 924,486.89 |
| Plus Gross Adjustments : | 3,493.87 |
| Net Estate : | $927,980.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7766 | 924,486.89 | 376,717.55 | 0.00 |
| Checking # ******3389 | 0.00 | 547,769.34 | 0.00 |
| | $924,486.89 | $924,486.89 | $0.00 |

{} Asset reference(s)                                                                                      Printed: 09/03/2021 01:42 PM    V.20.36